In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of CHARLES J. FROMBERG, Deceased, Respondent. MORTON FROMBERG, Respondent; ROBERT L. HOWARD et al., Appellants, et al., Defendants.

Argued November 17, 1953; decided January 15, 1954.

*Emanuel Schwartz* for Robert L. Howard, appellant.

*Jonas J. Shapiro* and *Janet Perlman* for Max M. Levy and others, appellants.

*Emanuel Harris* and *Max E. Greenberg* for Morton Fromberg, respondent.

Order affirmed, with costs to the respondent Fromberg payable out of the estate; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.